UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PERCY ADAMS, | ) | CV F 05 0073 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR AN ORDER TO SHOW |
| v. | ) | CAUSE WHY PETITIONER'S HABEAS |
| | ) | CORPUS SHOULD NOT BE GRANTED |
| BERNIE ELLIS, Warden, | ) | |
| | ) | [Doc. #16] |
| Respondent. | ) | |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 15, 2005, Petitioner filed a motion requesting the Court issue an order directing Respondent to show cause why the petition should not be granted and Petitioner immediately be placed into an RDAP program. Petitioner argues that unless he is immediately enrolled in an RDAP program, he will not benefit fully from the one-year deduction in his sentence upon completion of that program.

Petitioner's request must be denied. Respondent has already filed an answer addressing the merits of the petition. Requiring Respondent to submit further briefing would not achieve anything except to prolong a decision in this matter. Briefing has concluded and the case is awaiting a decision by the Court. The Court is well aware of Petitioner's time concerns; however, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

1  Petitioner further argues that Yong v. INS, 208 F.3d 1116 (9th Cir.2000) compels the Court to
2  issue an order to show cause. The Court does not so find.  In Yong, the Ninth Circuit held that the
3  District Court abused its discretion to stay proceedings since considerations of judicial economy
4  could not justify indefinite and potentially lengthy stay. Id. at 1120-21. Here, the proceedings have
5  not been stayed. Thus, Yong does not apply.

6  Accordingly, Petitioner's motion for an order directing Respondent to show cause is
7  DENIED.

8  IT IS SO ORDERED.

9  **Dated:   July 22, 2005**             **/s/ Lawrence J. O'Neill**
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE