# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY ADAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BERNIE ELLIS, Warden,<br><br>　　　　　Respondent. | 1:05-CV-0073 REC LJO HC<br><br>ORDER<br><br>[Doc. #9] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 1, 2005, Respondent filed a motion to make the following substitution of attorneys:

1. Former legal representative: Thomas E. Flynn, Esq.
   Assistant U.S. Attorney.

2. New legal representative: Judith M. Denny, Esq., SBN 200001
   Robinson, Palmer & Logan
   3434 Truxton Avenue, Suite 150
   Bakersfield, California 93301
   (661) 323-8277

Pursuant to Local Rule 83-182(g), the substitution of attorneys is hereby APPROVED.

IT IS SO ORDERED.

**Dated:　January 26, 2006**　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE